UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td></td><td><strong>FILED</strong></td></tr>
<tr><td></td><td>AUG 26 2013</td></tr>
<tr><td></td><td>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff - Appellee,<br><br>  v.<br><br>IRA ISAACS, DBA LA Media, DBA<br>Stolen Car Films,<br><br>            Defendant - Appellant. | No. 13-50036<br><br>D.C. No. 2:07-cr-00732-GHK-1<br>U.S. District Court for Central<br>California, Los Angeles<br><br>**ORDER** |

The reply brief submitted on August 23, 2013 is filed.

Within 7 days of this order, appellant is ordered to file 7 copies of the brief in paper format, with a gray cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Chanel Trevino
Deputy Clerk