# OFFICE OF THE CLERK
## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 13-50036 |
| Case Title | United States v. Ira Isaacs |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | March 5, 2014 | Time | 9:00 | Courtroom | 1 |

| | |
|---|---|
| Location | Pasadena |

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Jeffrey Zeeman |
| Address | 1400 New York Avenue NW |

| City | Washington | State | D.C. | Zip Code | 20005 |
|---|---|---|---|---|---|
| Phone | (202) 514-6037 | Email Address | Jeffrey.Zeeman@usdoj.gov | | |

| | |
|---|---|
| Party/parties represented | United States |
| Special needs you may require in the courtroom | None |

☞ **Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.**

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| Signature (use "s/" format) | /s/ Jeffrey Zeeman | Date | February 6, 2014 |
|---|---|---|---|

### Filing Instructions

*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250