FILED

MAY 5 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>IRA ISAACS, DBA LA Media, DBA Stolen Car Films,<br><br>    Defendant - Appellant. | No. 13-50036<br><br>D.C. No. 2:07-cr-00732-GHK-1<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: FERNANDEZ, GRABER, and MURGUIA, Circuit Judges.

The panel votes to deny the petition for rehearing. Judge Graber and Judge Murguia vote to deny the petition for rehearing en banc and Judge Fernandez so recommends.

The full court has been advised of the petition for rehearing and rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for panel rehearing and the petition for rehearing en banc are denied (Doc. 45).